

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-14-00207-CV

Trial Court Cause
Number:     2013-45235A

Style:     Ellen Lumenta, Individually and as Personal Representative of the Estate of Roy Revelino Nawawi, Deceased

    **v** Bell Helicopter Textron, Inc., Bell Helicopter Korea Inc., Bell Helicopter Corporation, Bell Helicopter International Inc., Bell Helicopter International Sales Corporation, Pratt & Whitney and United Technologies Corporation

Date motion filed[*]:     April 3, 2015

Type of motion:     Motion to Include in the Record the Deposition of Harold Barrentine and the Record of the Hearing Transcript of December 16, 2013 Hearing

Party filing motion:     Appellant

Document to be filed:     Motion

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☐   Granted

      If document is to be filed, document due: _____

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐   Denied

☐   Dismissed (*e.g.*, want of jurisdiction, moot)

☒   Other: Dismissed in part because the record of the December 16, 2013 hearing is already on file in the appeal. Denied in part because the record does not reflect that the Deposition of Harold Barrentine was before the trial court at the time it ruled on the motion to dismiss for forum non conveniens. *See In re Hardwick*, 426 S.W.3d 151, 158 (Tex. App.—Houston [1st Dist.] 2012, orig. proceeding) (noting scope of review limited to record before trial court at time of ruling).

Judge's signature: /s/ Terry Jennings
      ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: April 14, 2015



**ORDER ON MOTION**